DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRUCE T. PROLOW,**
Appellant,

v.

**HUGH QUINN** and
**RED CARPET/HOBE SOUND, INC.,** et al.,
Appellees.

No. 4D22-1269

[January 26, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerald Joseph Curley, Judge; L.T. Case No. 50-2021-CA-006331-XXXX-MB.

Brian S. Behar of Behar, Gutt & Glazer, P.A., Fort Lauderdale, for appellant.

Steven J. Rothman of Jones Foster, P.A., West Palm Beach, for appellees Hugh Quinn and Red Carpet/Hobe Sound, Inc.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***